NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK SUTTON,                          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-4400
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed September 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.